Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> J&J EQUIPMENT, INC., <br><br> Defendant. | Case No. 4:18-cv-07419-KAW <br><br> ORDER DENYING PLAINTIFFS' REQUEST TO VACATE THE 7/18/19 HEARING; ORDER GRANTING TELEPHONIC APPEARANCE <br><br> Re: Dkt. No. 35 |

On July 12, 2019, Plaintiffs' file a request to vacate the July 18, 2019 hearing on the motion for default judgment and to have the motion decided on the papers. That request is DENIED.

Plaintiffs are, however, granted permission to appear telephonically at the proceeding. Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: July 15, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge